IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLANCA AVILA DE VEGA; MELISSA VEGA; ALEJANDRO BUENDIA-RAMIREZ; CARLOS ALBERTO VALQUIER; and ALFREDO VALQUIER,<br><br>Defendants. | **8:17CR207**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 120). The Court has carefully reviewed the record in this case and finds as follows:

1. Defendant Alejandro Buendia-Ramirez has pled guilty to Count I of the Indictment and admitted the Forfeiture Allegation of said Indictment.

2. Defendants Blanca Avila De Vega, Melissa Vega, and Carlos Alberto Valquier have entered into Plea Agreements (Filing Nos. 94, 96, and 98, respectively), under which they have pled guilty to Count I and admitted the Forfeiture Allegation of the Indictment.

3. On November 29, 2017, the jury returned a special verdict forfeiting Alfredo Valquier's interest in the currency set forth in the Forfeiture Allegation.

4. Count I of the Indictment charged the Defendants with conspiring to distribute 500 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 846. The Forfeiture Allegation in the Indictment sought the forfeiture, pursuant to 21 U.S.C. § 853, of all of the United States currency seized on

June 7, 2017, from Alejandro Buendia-Ramirez and a residence at 3102 South 15th Street, Omaha, Nebraska, on the basis the currency was used or was intended to be used to facilitate the commission of the conspiracy and/or was derived from proceeds obtained directly or indirectly as a result of the conspiracy charged in Count I.

5. The amount of money seized was $92,500 from Alejandro Buendia-Ramirez and $19,000 from a residence at 3102 South 15th Street, Omaha, Nebraska.

6. By virtue of said pleas and admissions and the special verdict, the Defendants forfeit their interest in the aforementioned currency, and the government should be entitled to possession of said currency, pursuant to 21 U.S.C. § 853.

7. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:
1. The government's Motion for Preliminary Order of Forfeiture is granted.
2. Based upon the Forfeiture Allegation of the Indictment, the Defendants' guilty pleas and omissions, and the special verdict, the government is authorized to seize the $92,500 and $19,000 in United States currency.
3. The Defendants' interest in the $92,500 and $19,000 in United States currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).
4. The aforementioned currency is to be held by the United States in its secure custody and control.
5. Pursuant to 21 U.S.C. § 853(n)(1), the government forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Order, notice of publication evidencing the government's intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than the Defendants, having or claiming a legal interest in any of the subject currency must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5 above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency to this Order as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 4th day of December, 2017.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge