IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>BLANCA AVILA DE VEGA; MELISSA VEGA; ALEJANDRO BUENDIA-RAMIREZ; CARLOS ALBERTO VALQUIER; and ALFREDO VALQUIER,<br><br>                  Defendants. | **8:17CR207**<br><br>**FINAL ORDER<br>OF FORFEITURE** |

       This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 133). The Court has reviewed the record in this case and finds as follows:

       1.      On December 4, 2017, the Court entered a Preliminary Order of Forfeiture (Filing No. 121) pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 and based upon the special verdict forfeiting defendant Alfredo Valquier's interest in the currency and the defendants Blanca Avila De Vega, Melissa Vega, Alejandro Buendia-Ramirez, and Carlos Alberto's pleas of guilty to Count I and admitting the Forfeiture Allegation of the Indictment. By way of the Preliminary Order of Forfeiture, the defendants' interest in $92,500 and $19,000 in United States currency was forfeited to the government.

       2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 5, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on February 6, 2018 (Filing No. 132).

3. The Court has been advised by the government that no Petitions have been filed. From a review of the Court file, no Petitions have been filed.

4. The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture is granted.

2. All right, title and interest in and to the $92,500 and $19,000 in United States currency held by any person or entity are hereby forever barred and foreclosed.

3. The $92,500 and $19,000 in United States currency is forfeited to the government.

4. The government is directed to dispose of said property in accordance with law.

Dated this 6th day of February, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge